# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Native American Services Corporation | )   ASBCA Nos. 60788, 60789, 60790 |
| | ) |
| | ) |
| Under Contract No. W9128F-11-C-0061 | ) |

APPEARANCE FOR THE APPELLANT:    Terance P. Perry, Esq
    Datsopoulos, MacDonald & Lind, P.C.
    Missoula, MT

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.,
    Engineer Chief Trial Attorney
    Erin K. Murphy, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 September 2017

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60788, 60789, 60790, Appeals of Native American Services Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals